# United States District Court

for

## Middle District of Tennessee

U. S. A. vs. Jennifer Givens            Docket No. 3:03-00236-01

### Petition on Probation and Supervised Release

COMES NOW <u>Liberty Lander-Dyer</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Jennifer Givens</u> who was placed on supervision by the Honorable Judge <u>Aleta A. Trauger</u> sitting in the court at <u>Nashville, Tennessee,</u> on the <u>18th</u> day of <u>November, 2004</u> who fixed the period of supervision at <u>three (3) years</u> and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall pay restitution to the victim(s) identified in the presentence report in an amount totaling **$28,508.92**. Payments shall be submitted to the United States District Court Clerk's Office, Eighth Floor, 801 Broadway, Nashville, Tennessee 37203. Should there be an unpaid balance when supervision commences, the defendant shall pay the remaining restitution at a minimum monthly rate of 10 percent of the defendant's gross monthly income.
2. The defendant shall furnish all financial records, including, without limitation, earnings records and tax returns, to the United States Probation Office upon request.
3. The defendant shall not incur new debt or open additional lines of credit without the prior approval of the probation officer unless the defendant is in compliance with the payment schedule for any court-imposed financial sanctions.
4. The defendant shall maintain verifiable employment subject to the approval of the United States Probation Office and provide any documentation requested by the Probation Office.
5. The defendant shall participate in a mental health program as directed by the probation officer. The defendant shall pay all or part of the cost for mental health treatment if the probation officer determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.
6. The defendant is prohibited from owning, carrying, or possessing firearms, destructive devices, or other dangerous weapons.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Jennifer Givens began her period of supervised release on February 20, 2007, and is scheduled for termination on February 19, 2010. Ms. Givens did not make her first restitution payment until August 2007 and made inconsistent payments through July 2008. On June 26, 2008, Ms. Givens and her husband met with the Financial Litigation Unit of the United States Attorney's Office and entered into a verbal agreement to make payments of $200 each month, payable on the 15th of each month. Since that time, Ms. Givens has made regular restitution payments in the amount of $200 (with the exception of missing the August 2009 restitution payment). As of January 15, 2010, Ms. Givens has submitted a total of $5,136.44 toward her restitution. There remains an outstanding balance of $23,372.48.

During her term of supervision, Ms. Givens struggled to maintain employment. Although she held over six different jobs during her three year term of supervised release, she was unable to maintain any of these employments longer than seven months. As of the time of this writing, Ms. Givens remains unemployed. Additionally, in 2008, Ms. Givens admitted that she provided false documentation of restitution payments to the United States Probation Office. These actions were subsequently reported to the Court. Otherwise, Ms. Givens has been compliant with the conditions of her release. A repayment agreement has not been executed at this time although Ms. Givens is aware that she is still responsible for repayment of the restitution once her term of probation has ended. A repayment agreement will be submitted if the court so directs. It is respectfully recommended that Jennifer Givens be allowed to expire from her term of probation on the scheduled date of February 19, 2010, with restitution still due and owing.

PRAYING THAT THE COURT WILL ORDER TERMINATION OF THE DEFENDANT'S SUPERVISED RELEASE ON THE SCHEDULED DATE OF February 19, 2010, WITH RESTITUTION STILL OWING.

|  ORDER OF COURT | Respectfully, |
| --- | --- |
| Considered and ordered this 27th day of Jan., 2010 and ordered filed and made a part of the records in the above case. | |
| U. S. District Judge<br>Aleta A. Trauger | U.S. Probation Officer<br>Liberty Lander-Dyer |
| | Place    Nashville, TN |
| | January 25, 2010 |