UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:03-CR-0236-1 |
| JENNIFER GIVENS, ) | JUDGE ALETA A. TRAUGER |
| ) | |
| Defendant, ) | |
| ) | |
| WILSON BANK & TRUST, ) | |
| ) | |
| Garnishee. ) | |

## DISPOSITION ORDER IN CONTINUING GARNISHMENT

This matter is before the Court for consideration of the entry of a disposition order in garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, against the non-exempt property of the Judgment Defendant, Jennifer Givens.

An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to the Garnishee has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of certificates of deposit. The Defendant was served with a copy the Writ of Garnishment and notified of his right to a hearing. The Defendant did not request a hearing.

Whereupon the Court, having considered the Application for a Writ of Garnishment against the property of the Defendant, the Answer of the Garnishee, and noting that the

Defendant did not request a hearing, now finds that the entry of the disposition order in garnishment is in all respects proper.

IT IS THEREFORE ORDERED that the Garnishee is hereby ordered to pay into the hands of the United States District Court Clerk, the monies previously withheld from certificates of deposit held by the Garnishee.

IT IS FURTHER ORDERED THAT these sums are to be applied upon the judgment rendered in this cause in the sum of $28,908.92, upon which there is an unpaid balance of $21,895.23 as of February 29, 2016.

Checks should be made payable to:

United States District Court and mailed to:

U.S. District Court Clerk
801 Broadway
8th Floor
Nashville, TN 37203

Please record the case number, 3:03-cr-0236-1, on all payments sent to the Clerk's Office.

DATED: 3/2/16

_____
ALETA A. TRAUGER
United States District Judge

Copies to:

Megan Seliber
Assistant United States Attorney
United States Attorney's Office
110 9th Avenue South, Suite A-961
Nashville, TN  37203

Wilson Bank & Trust
P.O. Box 768
Lebanon, TN 37088

Jennifer Givens
201 Haze Hyde Hollow Road
Bethpage, TN 37022